IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-126M-MPT |
| DEONDRE BOYER, | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   __X__   Crime of violence (18 U.S.C. § 3156)
   _____   Maximum sentence life imprisonment or death
   _____   10+ year drug offense
   _____   Felony, with two prior convictions in above categories
   _____   Serious risk defendant will flee
   _____   Serious risk obstruction of justice

2.  **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__    Defendant's appearance as required

    __X__    Safety of any other person and the community

3.  **Rebuttable Presumption**.  The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e).  (If yes) The presumption applies because (**check one or both**):

    _____    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____    Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

    _____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

5.  **Temporary Detention**.  The United States requests the temporary detention of the defendant for a period of __ days (not more than 10) so that the appropriate officials can be notified since:

1. At the time the offense was committed the defendant was:

   \_\_\_\_ (a) on release pending trial for a felony;

   \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

   \_\_\_ (c) on probation or parole for an offense.

2. _____ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. _____ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

   _____

   _____

   _____

DATED this <u>28th</u> day of <u>October</u>, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *Douglas E. McCann*
Douglas E. McCann
Assistant U. S. Attorney