UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No.05-126M |
| | : | |
| DEONDRE BOYER, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher Koyste, Esquire as attorney on behalf of Defendant, Deondre Boyer, in the above-captioned matter.

   /s/ Penny Marshall
PENNY MARSHALL, ESQUIRE


   /s/ Christopher Koyste
CHRISTOPHER KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
Attorney for Defendant

DATED:  October 28, 2005

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant hereby certifies that two (2) copies of the attached Substitution of Counsel and Entry of Appearance were hand delivered to the box designated in the Clerk's Office to:

>Douglas McCann
>Assistant U.S. Attorney
>Chase Manhattan Centre
>1201 Market Street, Suite 1100
>P.O. Box 2046
>Wilmington, Delaware  19899-2046

>　/s/ Christopher Koyste
>CHRISTOPHER KOYSTE, ESQUIRE
>Assistant Federal Public Defender
>First Federal Plaza, Suite 110
>704 King Street
>Wilmington, DE  19801
>Attorney for Defendant

DATED:  October 28, 2005