AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**DEONDRE BOYER**

**WARRANT FOR ARREST**

CASE NUMBER: 05- 126m-MPT

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Deondre Boyer when and as stated in the

Criminal Complaint   and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment   Information   **X** Complaint   __ Order of court   __ Violation Notice   __ Probation Violation Petition

charging the Defendant with (brief description of offense)

knowingly possessing a firearm in or affecting interstate commerce after being convicted of a crime that is punishable by imprisonment for a term exceeding one year

in violation of Title __18__ United States Code, Section (s) __922(g)(1) and 924(a)(2)__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

**Bail fixed at $** _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

October 27, 2005   Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 10/28/05 | NAME AND TITLE OF ARRESTING OFFICER Robert Denney SDUSM | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 10/28/05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest